NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000602
10-MAR-2020
07:51 AM

NO. CAAP-16-0000602

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ADELINE N. PORTER, Claimant-Appellant,
v.
THE QUEEN'S MEDICAL CENTER, Employer-Appellee, Self-Insured

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB2012-438 (2-02-15470, 2-02-14444, 2-02-14445,
2-02-15471, 2-10-07337))

AMENDED ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of Claimant-Appellant Adeline N. Porter's February 27, 2020 Motion for Reconsideration (Motion) of this Court's February 21, 2020 Opinion, the papers in support and the record and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, March 10, 2020.

Chief Judge

Associate Judge

Associate Judge